[Civil No. 475.]

GILA COUNTY, Appellant, v. J. H. THOMPSON, Appellee.

APPEAL from the District Court of the Second Judicial District in and for the County of Gila. Owen T. Rouse, Judge.

J. W. Wentworth, and Kibbey & Williams, for Appellant.

E. J. Edwards, for Appellee.

January 16, 1896. Dismissed.


[Civil No. 476.]

GILA COUNTY, Appellant, v. J. H. THOMPSON, Appellee.

APPEAL from the District Court of the Second Judicial District in and for the County of Gila. Owen T. Rouse, Judge.

J. W. Wentworth, and Kibbey & Williams, for Appellant.

Peter T. Robertson, for Appellee.

January 16, 1896. Dismissed.


[Criminal No. 106.]

In the Matter of the Petition of O. A. TURNEY for a Writ of Habeas Corpus, Petitioner, v. THE CITY OF PHŒNIX in the Territory of Arizona, Respondent.

Thomas Armstrong, Jr., for Petitioner.

Pierce Evans, for Respondent.

January 16, 1896. Denied.